**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.: 1:24-cv-04468**

ZURU INC.,

             Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

             Defendants.

## SATISFACTION OF JUDGMENT

      Plaintiff Zuru Inc., by and through its undersigned counsel, hereby acknowledges that the

Judgment entered in this case on August 26, 2024 (ECF DE 67) against the defendant BASIN

(Defendant No. 223 on Schedule "A") has been satisfied.

Dated: May 9, 2025                Respectfully submitted,

                            */s/ Angela M. Nieves*
                            ANGELA M. NIEVES
                            Bar Number: 1032760
                            angela.nieves@sriplaw.com

                            **SRIPLAW, P. A.**
                            21301 Powerline Road
                            Suite 100
                            Boca Raton, FL 33433
                            786.788.6020 – Telephone
                            561.404.4353 – Facsimile

                            *Counsel for Plaintiff Zuru Inc.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK